UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JEFFREY TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:05cv642 SNL |
| ) | |
| MAGELLAN BEHAVIORAL HEALTH, ) | |
| INC, ) | |
| ) | |
| Defendant. ) | |

### ORDER

This matter is before the Court on Defendant's Motion for Bill of Costs (#30), filed March 28, 2006. Responsive pleadings have not been filed. Pursuant to Federal Rule of Civil Procedure 54(d), "costs other than attorney's fees shall be allowed as of course to the prevailing party unless the court otherwise directs." Defendant seeks to recover $1,630.85 for costs incurred in the taking of depositions and $126.60 in exemplification costs. As these costs are permitted under 28 U.S.C. § 1920, are fully documented, and appear to be proper, the Court will grant Defendant's motion.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for Bill of Costs (#30) be and is **GRANTED**. Costs will be taxed in the amount of $1,757.45 against the Plaintiff.

Dated this 10th day of April, 2006.

_____
SENIOR UNITED STATES DISTRICT JUDGE